# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOLLY DEIBLER, individually and on behalf of all other persons similary situated,<br><br>        Plaintiff,<br><br>vs.<br><br>SANMEDICA INTERNATIONAL, LLC and DOES 1 through 10, inclusive<br>        Defendants. | Civil Action No. 1:19-cv-20155-NJL-JS |

## DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1 the undersigned counsel for Defendant SanMedica International, LLC states as follows:

SanMedica certifies that it has the following Parent Corporation:

Parent: Basic Research Intermediate, LLC, 5742 West Harold Gatty Drive, Salt Lake City, Utah 84116

Grandparent: Basic Research Holdings, LLC, 5742 West Harold Gatty Drive, Salt Lake City, Utah 84116

There is no public corporation owning 10% or more of SanMedica's stock.

*/s/ Daniel J. Cohen*  
Signature of Attorney

Daniel J. Cohen, Esq. _____  
Print Name

NEWMAN, SIMPSON & COHEN, LLP  
32 Mercer Street  
Hackensack, NJ 07601-5608

Dated: December 13, 2019